RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**CHARLES M. DUFFY**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
charles.m.duffy@usdoj.gov
*Attorneys for the United States of America*

McGREGOR SCOTT
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA PROPERTY MANAGEMENT LLC; and PARVANEH ALIZADEH<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA; MFUG UNION BANK N.A.; U.S. BANK; WELLS FARGO BANK, N.A.; and UNITED STATES OF AMERICA<br><br>Defendants. | Case No. 2:20-mc-00003-TLN-AC<br><br>STIPULATION TO CONTINUE HEARING |

The Petitioners, Parva Property Management LLC and Parvaneh Alizadeh and Respondent, United States of America – which are the primary litigants in this matter - by and through their undersigned counsel, hereby stipulate to continue the hearing that is currently set for February 12, 2020 at 10:00 a.m. on the Motion to Quash IRS Summons to April 1, 2020 at 10:00 a.m.  The reason for the stipulation is to provide more time for the United States to

gather relevant facts and also respond to the Motion.

STIPULATED AND AGREED TO BY:

                RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General

                */s/ Charles M. Duffy*
                **CHARLES M. DUFFY**
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Washington, D.C. 20044
                Telephone: (202) 307-6406
                charles.m.duffy@usdoj.gov
                *Attorneys for the United States of America*

                McGREGOR SCOTT
                United States Attorney
                *Of Counsel*

                */s/ Paul A. Warner*
                PAUL A. WARNER, ESQUIRE
                1624 Santa Clara Drive (Suite 2200)
                Roseville, CA 95661
                Telephone: (916) 996-3100

IT IS SO ORDERED this 30th day of January, 2020.

                *[signature]*
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE