1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General

2  **CHARLES M. DUFFY**
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C. 20044-0683
5  Telephone: (202) 307-6406
   charles.m.duffy@usdoj.gov
6  *Attorneys for the United States of America*

7  McGREGOR SCOTT
   United States Attorney
   *Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA PROPERTY MANAGEMENT LLC; and PARVANEH ALIZADEH<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA; MFUG UNION BANK N.A.; U.S. BANK; WELLS FARGO BANK, N.A.; and UNITED STATES OF AMERICA<br><br>Defendants. | Case No. 2:20-mc-00003-TLN-AC<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

The Petitioners, Parva Property Management LLC and Parvaneh Alizadeh, and Respondent, United States of America, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1) that this action may be dismissed, with each side to bear its own attorney's fees and costs.

The summonses issued to Bank of America, MFUG Union Bank N.A., U.S. Bank and Wells Fargo Bank, N.A. has been withdrawn by the Internal Revenue Service ("IRS"). Therefore, this action is moot.

To the extent that any records were produced from the banks before the summons was withdrawn, the IRS will send the same back to the banks.

STIPULATED AND AGREED TO BY:

>RICHARD E. ZUCKERMAN
>Principal Deputy Assistant Attorney General
>
>*/s/ Charles M. Duffy*
>**CHARLES M. DUFFY**
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Washington, D.C. 20044
>Telephone: (202) 307-6406
>charles.m.duffy@usdoj.gov
>*Attorneys for the United States of America*
>
>McGREGOR SCOTT
>United States Attorney
>*Of Counsel*
>
>*/s/ Paul A. Warner*
>PAUL A. WARNER, ESQUIRE
>1624 Santa Clara Drive (Suite 2200)
>Roseville, CA 95661
>Telephone: (916) 996-3100

IT IS SO ORDERED this 26th day of March, 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE